IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CT-3275-D

SAMUEL CLEMENT WENDT,                )
                                     )
                Plaintiff,           )
                                     )
        v.                           )            **ORDER**
                                     )
JAMIE BULLARD, et al.,               )
                                     )
                Defendants.          )


On September 25, 2023, Samuel Clement Wendt ("Wendt" or "plaintiff"), a state inmate

proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On December 8, 2025,

Wendt moved for summary judgment [D.E. 109] and to seal exhibits that include confidential and

protected information [D.E. 112]. On February 5, 2026, defendants responded in opposition to

Wendt's motion for summary judgment and filed a cross motion for summary judgment [D.E.

117–124]. On the same day, defendants moved to seal portions of their memorandum, statement

of material facts, and exhibits that include confidential and protected information [D.E. 125]. On

February 6, 2026, the court notified Wendt about defendants' motion for summary judgment, the

consequences of failing to respond, and the response deadline [D.E. 126]. See Roseboro v.

Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam). On February 24, 2026, Wendt responded

in opposition to defendants' motion for summary judgment [D.E. 127]. On March 2, 2026, Wendt

moved to strike certain exhibits that defendants filed [D.E. 128]. On March 10, 2026, defendants

moved for an extension of time to reply to Wendt's response in opposition to their motion for

summary judgment [D.E. 131].

The court GRANTS the parties' motions to seal [D.E. 112, 125], GRANTS defendants' motion for extension of time to reply to plaintiff's response in opposition to their motion for summary judgment [D.E. 131], and DIRECTS defendants to respond to plaintiff's motion to strike. Defendants shall have until April 3, 2026, to reply to plaintiff's response in opposition to their motion for summary judgment and to respond to plaintiff's motion to strike.

SO ORDERED. This 13 day of March, 2026.

JAMES C. DEVER III
United States District Judge

2